USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RODERICK SAGE,

Defendant.

1:20-cr-497-GHW-4

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled to take place on August 27, 2026 at 12:00 p.m. is rescheduled. The hearing will take place at 9:00 a.m. on the same date in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to appear at that date and time.

SO ORDERED.

Dated: August 26, 2026
New York, New York

GREGORY H. WOODS
United States District Judge