DECHERT

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**Roger Burlingame**
*Partner*

roger.burlingame@dechert.com
+1 212 641 5682 Direct
+1 212 698 3599 Fax

September 8, 2026

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

**Via ECF**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

***Re: United States v. Roderic Sage*, No. 20 Cr. 497-004 (GHW)**

Dear Judge Woods:

I write to request that the Court exonerate the defendant's bond in the above-referenced matter.

On May 7, 2026, Magistrate Judge Valerie Figueredo released Mr. Sage on a $1,000,000 bond secured by $100,000 in cash and the signatures of two sureties. ECF No. 138.

To satisfy the cash portion of the bond, personnel from my law firm, Dechert LLP, deposited $100,000 with the Clerk of Court, using funds wired to Dechert by Mr. Sage. ECF No. 139.

On May 8, 2026, Mr. Sage pleaded guilty to the sole count of the Indictment, *see* May 8, 2026 Minute Entry, and on August 27, 2026, the Court sentenced Mr. Sage to time served. ECF No. 154.

Mr. Sage satisfied the conditions of his bond and the case against him has concluded. Therefore, I respectfully request that the Court exonerate his bond, release all sureties of their obligations, and direct the Clerk of Court to release the $100,000 cash bail to Dechert for return to Mr. Sage.

The Government has no objection to the entry of an order exonerating Mr. Sage's bond in this matter.

DECHERT



Enclosed is a proposed order for Your Honor's consideration.

Respectfully submitted,

*/s/ Roger A. Burlingame*
Roger Burlingame

cc: AUSAs Olga I Zverovich & Mark Daly
(by ECF)

Application granted in part. All sureties for Mr. Sage's bond are released. The Clerk of Court is authorized to return the cash bond payment made on behalf of Mr. Sage to his counsel, Dechert LLP, pursuant to banking instructions to be provided to the Clerk of Court by Mr. Burlingame.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 157.

SO ORDERED.

Dated: September 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge