USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RODERIC SAGE,

*Defendant.*

20 Cr. 497 (GHW)

ORDER

GREGORY H. WOODS, District Judge:

Upon Defendant Roderic Sage's unopposed motion, and pursuant to Fed. R. Crim. P. 46(g), it is hereby ORDERED that:

1. The appearance bond is exonerated in full and all sureties are released from their obligations.
2. The Clerk of Court is directed to refund the $100,000 cash from the Court's Registry to Dechert LLP, pursuant to the banking instructions to be provided to the Clerk of Court by Roger Burlingame.
3. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 159.

Dated: New York, New York
October 1, 2026

GREGORY H. WOODS
United States District Judge